PROB 12C
(6/16)

Report Date: March 8, 2022

# United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 08, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Richard Allen Counts, III | Case Number: 0980 1:16CR02038-JPH-1 |
| Address of Offender: | Yakima, Washington |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable James P. Hutton, U.S. Magistrate Judge

Date of Original Sentence: November 2, 2016

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | | |
| Original Sentence: | Prison - 46 months<br>TSR - 36 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: May 24, 2020 | |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: May 23, 2023 | |

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #2**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Counts is alleged to have violated special condition number 2 by failing to report for random drug test on March 3, 2022. |
| | Mr. Counts' conditions of supervised release were reviewed with him on May 28, 2020. He signed and acknowledged an understanding of his conditions including the special condition as noted above. |
| | On March 4, 2022, this officer received a letter from Merit Resource Services (Merit), stating Mr. Counts failed to show up for his color line drug test on March 3, 2022. This officer attempted to contact Mr. Counts to discuss the missed drug test, and he is not responding to this officer's attempts to contact him. |

Prob12C
**Re: Counts, III, Richard Allen**
**March 8, 2022**
Page 2

| | | |
|---|---|---|
| 2 | **Special Condition #1**: | You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully completed an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: Mr. Counts is alleged to have violated special condition number 1 by failing to attend outpatient substance abuse treatment at Merit on March 4, 2022.

Mr. Counts' conditions of supervised release were reviewed with him on May 28, 2020. He signed and acknowledged an understanding of his conditions including the special condition as noted above.

On March 7, 2022, this officer spoke with Mr. Counts substance abuse counselor on the telephone. His counselor reported Mr. Counts failed to attend his scheduled outpatient substance abuse treatment group on March 4, 2022. This officer attempted to contact Mr. Counts to discuss the missed treatment group and he is not responding to this officer's attempts to contact him.

3  **Standard Condition #13**: You must follow the instructions of the probation officer related to the conditions of supervision.

**Supporting Evidence**: Mr. Counts is alleged to have violated special condition number 13, by not calling this officer as directed on March 4 and 7, 2022.

Mr. Counts' conditions of supervised release were reviewed with him on May 28, 2020. He signed and acknowledged an understanding of his conditions including the standard condition as noted above.

On March 4, 2022, this officer left a voice message and sent a text message to Mr. Counts' cellular telephone requesting he call this officer back to discuss his noncompliance with his supervised release conditions. Mr. Counts failed to return a call or text to this officer.

On March 7, 2022, Mr. Counts sent this officer a text message requesting help getting into treatment as soon as possible. After receiving the text message from Mr. Counts, this officer attempted to call him but he did not answer. This officer left a voice message and sent a text message to the offender's cellular telephone, requesting he call this officer back. Once again, Mr. Counts failed to respond to this officer's request.

4  **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Mr. Counts is alleged to have violated standard condition number 2 by not reporting as directed by 2 p.m. on March 8, 2022.

Prob12C
Re: Counts, III, Richard Allen
March 8, 2022
Page 3

Mr. Counts' conditions of supervised release were reviewed with him on May 28, 2020. He signed and acknowledged an understanding of his conditions including the standard condition as noted above.

On March 8, 2022, at approximately 9 a.m., this officer attempted to contact Mr. Counts at his residence in Yakima, Washington. After several minutes of knocking without a response, this officer left a business card in the front door with instructions for Mr. Counts to report to the probation office by 2 p.m. on March 8, 2022.

Mr. Counts failed to report to the probation office by 2 p.m. and failed to call this officer to explain why he could not report as directed.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 8, 2022

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_James P Hutton_
Signature of Judicial Officer

March 8, 2020